# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | | |
|---|---|---|
| **Blanca Rodriguez,** | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No.  3:14-cv-01471 |
| vs. | ) | |
| | ) | Judge Campbell |
| **Oink, Inc. and** | ) | |
| **Corky's Bar-B-Que,  Inc.** | ) | Magistrate Judge Griffin |
| | ) | |
| Defendant. | ) | Jury Demand |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff Blanca Rodriguez and Defendants Oink, Inc. and Corky's Bar-B-Que, Inc., pursuant to Rule 41 of the Federal Rules of Civil Procedure hereby file this Stipulation of Dismissal with Prejudice and request that the Court dismiss Plaintiff's Complaint and related claims with prejudice with each party to bear their own costs and expenses except as agreed to between the co-defendants.

Respectfully submitted,

s/ Brian C. Winfrey by jgg with permission
Brian C. Winfrey (BPR #025766)
The Winfrey Firm
Green Hills Office Park
2002 Richard Jones Rd., Suite B-200
Nashville, TN 37215
(615) 601-1276
*Attorney for Plaintiff Blanca M. Rodriguez*

s/ J. Gregory Grisham
J. Gregory Grisham (#13810)
Leitner, Williams, Dooley, and
Napolitan, PLLC
414 Union Street
Suite 1900
Nashville, TN 37219
(615) 255-7722
*Attorney for Defendant Oink, Inc.*

s/ James Alfred DeLanis by jgg with permission
James Alfred DeLanis (#6057)
Baker, Donelson, Bearman,
Caldwell & Berkowitz, PC
Suite 800
Baker Donelson Center
211 Commerce Street
Nashville, TN 37201
Direct: 615-726-5613
*Attorney for Corky's Bar-B-Que, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on this 4th day of November, 2014, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will automatically send e-mail notification of such filing to the following individual(s) of record:

> Brian C. Winfrey (BPR # 025766)
> The Winfrey Law Firm
> 2002 Richard Jones Road, Suite 200-B
> Nashville, Tennessee 37215
> brian@thewinfreyfirm.com
> *Attorney for Plaintiff*
>
> James A. DeLanis (BPR # 6057)
> BAKER, DONELSON, BEARMAN, CALDWELL
> & BERKOWITZ, P.C.
> 211 Commerce Street, Suite 800
> Nashville, Tennessee 37201
> Tel: (615) 726-5600
> Fax: (615) 744-5613
> jdelanis@bakerdonelson.com
> *Attorney for Corky's Bar-B-Que, Inc.*

**/s/ J. Gregory Grisham**
**J. Gregory Grisham**
