IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| **Blanca Rodriguez,** | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No. 3:14-cv-01471 |
| vs. | ) | |
| | ) | Judge Campbell |
| Oink, Inc. and | ) | |
| Corky's Bar-B-Que, Inc. | ) | Magistrate Judge Griffin |
| | ) | |
| Defendant. | ) | Jury Demand |

## ORDER OF DISMISSAL WITH PREJUDICE

By Stipulation of the Plaintiff Blanca Rodriguez and Defendants Oink, Inc. and Corky's Bar-B-Que, Inc., pursuant to Rule 41 of the Federal Rules of Civil Procedure and for good cause shown, it is hereby ORDERED, ADJUDGED, and DECREED that Plaintiff's Complaint and related claims be dismissed with prejudice with each party to bear their own costs and expenses except as agreed to between the co-defendants.

Be it so Ordered this _____ day of November, 2014.

_____
UNITED STATES DISTRICT JUDGE

Approved as to Form:

<u>s/ Brian C. Winfrey by jgg with permission</u>
Brian C. Winfrey (BPR #025766)
The Winfrey Firm
Green Hills Office Park
2002 Richard Jones Rd., Suite B-200
Nashville, TN 37215
(615) 601-1276
*Attorney for Plaintiff Blanca M. Rodriguez*

<u>s/ J. Gregory Grisham</u>
J. Gregory Grisham (#13810)
Leitner, Williams, Dooley, and Napolitan, PLLC
414 Union Street
Suite 1900
Nashville, TN 37219
(615) 255-7722
*Attorney for Defendant Oink, Inc.*

<u>s/ James Alfred DeLanis by jgg with permission</u>
<u>James Alfred DeLanis (#6057)</u>
Baker, Donelson, Bearman, Caldwell & Berkowitz, PC
Suite 800
Baker Donelson Center
211 Commerce Street
Nashville, TN 37201
Direct: 615-726-5613
*Attorney for Corky's Bar-B-Que, Inc.*

## CERTIFICATE OF SERVICE

  I hereby certify that on this 4th day of November, 2014, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will automatically send e-mail notification of such filing to the following individual(s) of record:

  Brian C. Winfrey (BPR # 025766)
  The Winfrey Law Firm
  2002 Richard Jones Road, Suite 200-B
  Nashville, Tennessee 37215
  brian@thewinfreyfirm.com
  *Attorney for Plaintiff*

  James A. DeLanis (BPR # 6057)
  BAKER, DONELSON, BEARMAN, CALDWELL
  & BERKOWITZ, P.C.
  211 Commerce Street, Suite 800
  Nashville, Tennessee 37201
  Tel: (615) 726-5600
  Fax: (615) 744-5613
  jdelanis@bakerdonelson.com
  *Attorney for Corky's Bar-B-Que, Inc.*

        **/s/ J. Gregory Grisham**
        J. Gregory Grisham

{03555335.DOCX}    3

Case 3:14-cv-01471   Document 25   Filed 11/04/14   Page 3 of 3 PageID #: 119